**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BAUER FAMILY ENTERPRISES, INC.,

    Plaintiff,

v.                                       Case No. 3:20-cv-500-J-34MCR

OHIO SECURITY INSURANCE COMPANY,

    Defendant.

_____

# O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Dkt. No. 29; Motion) filed on December 7, 2020. In the Motion, Plaintiff seeks dismissal of this matter without prejudice. See Motion at 1. However, Plaintiff has failed to comply with the requirements of Rule 41(a)(1), Federal Rules of Civil Procedure (Rule(s)). This Rule states in pertinent part:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal *signed by all parties* who have appeared in the action.

Rule 41(a)(1) (emphasis added). The Motion filed by Plaintiff is signed only by counsel for Plaintiff. See Motion at 2. Because an answer was filed by Defendant, in order for a request for dismissal to be effective, it is required to be executed by counsel for all parties who have appeared in this action. See Rule 41(a)(1). Accordingly, the Court will strike the Motion. Plaintiff may file a properly executed stipulation of dismissal without prejudice in order to terminate this action. In light of the foregoing, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Dkt. No. 29) is **STRICKEN**.

2. The parties shall have until **February 8, 2021**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

3. If the parties have not filed settlement pleadings or a request for additional time by the **February 8, 2021**, deadline, this case will automatically be deemed to be dismissed without prejudice.

4. The final pretrial conference scheduled for January 24, 2022, is cancelled, and this case is removed from the February 7, 2022, trial term.

5. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 8th day of December, 2020.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record