**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BAUER FAMILY ENTERPRISES, INC.,

    Plaintiff,

v.   Case No. 3:20-cv-500-J-34MCR

OHIO SECURITY INSURANCE COMPANY,

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Joint Stipulation for Voluntary Dismissal Without Prejudice (Dkt. No. 31; Stipulation) filed on December 8, 2020. In the Stipulation, the parties request dismissal of this matter without prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 9th day of December, 2020.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -